**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA    95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**TATYANA PROKOPENKO**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **TATYANA PROKOPENKO,** | No.   2:18-CV-00168-CKD |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 2, 2018.

This is a first extension made beyond the scheduling order's initial date. Plaintiff's counsel is dealing with four cases where the record was filed on the same day coming days after two further such filings.

[Pleading Title] - 1

Dated: July 27, 2018                               /s/   *Jesse S. Kaplan*
                                                   JESSE S. KAPLAN
                                                   Attorney for Plaintiff


                                                   McGREGOR W. SCOTT
                                                   United States Attorney
                                                   DEBORAH LEE STACHEL
                                                   Regional Counsel, Region IX
                                                   Social Security Administration

Dated: July 27, 2018                                 */s/ per e-mail authorization*
                                                   MICHAEL MARRIOTT
                                                   Special Assistant U.S. Attorney
                                                   Attorney for Defendant


## **ORDER**

   For good cause shown on the basis of this stipulation, the requested extension of

plaintiff's time to file a motion for summary judgment brief is extended to August 2, 2018.

   SO ORDERED.


Dated: July 31, 2018
                                                   _____
                                                   CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE