**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**TATYANA PROKOPENKO**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **TATYANA PROKOPENKO,** | No.   2:18-CV-00168-CKD |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to October 30, 2018.

This is a first extension, requested because plaintiff's counsel has three reply briefs due over three days.

[Pleading Title] - 1

Dated:   October 23, 2018                    /s/     *Jesse S. Kaplan*
                                             JESSE S. KAPLAN
                                             Attorney for Plaintiff


                                             McGREGOR W. SCOTT
                                             United States Attorney
                                             DEBORAH LEE STACHEL
                                             Regional Counsel, Region IX
                                             Social Security Administration


Dated:  October 23, 2018                      */s/ per e-mail authorization*
                                             MICHAEL MARRIOTT
                                             Special Assistant U.S. Attorney
                                             Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to October 30, 2018.

SO ORDERED.


Dated:  October 26, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE